AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| LOVE-ZAGER PRODUCTIONS, INC., as successor in interest for SUMAC MUSIC, INC.<br><br>*Plaintiff(s)*<br>v.<br>BBDO USA LLC D/B/A BBDO SAN FRANCISCO; "See Attached"<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  "See Attached"

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        John Jahrmarkt, Esq.
        Jahrmarkt & Associates, APC
        2049 Century Park East, Suite 2525
        Los Angeles, CA 90067

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                                               *Signature of Clerk or Deputy Clerk*

JOHN JAHRMARKT, ESQ. (SBN 175569)
JAHRMARKT & ASSOCIATES
2049 Century Park East
Suite 2525
Los Angeles, California 90067
(310) 226-7676
(310) 226-7677 fax

Attorneys for Plaintiff
LOVE-ZAGER PRODUCTIONS, INC. as successor in interest for SUMAC MUSIC, INC,

# UNITED STATES DISTRICT COURT

# CENTRAL DISCTRICT OF CALIFORNIA

| | |
|---|---|
| LOVE-ZAGER PRODUCTIONS, INC. as successor in interest for SUMAC MUSIC, INC,<br><br>PLAINTIFF,<br><br>vs.<br><br>BBDO USA LLC D/B/A BBDO SAN FRANCISCO; SERVICENOW, INC. D/B/A SERVICENOW TECHNOLOGIES; SCREEN GEMS-EMI MUSIC, INC.; SEASONS FOUR MUSIC CORP; and DOES 1-10, inclusive<br><br>DEFENDANTS. | CASE NO.:<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**Counts:**<br>1. Direct Copyright Infringement<br>2. Contributory Copyright Infringement<br>3. Vicarious Copyright Infringement<br>4. Declaration Of Authorship/Ownership<br>5. Money Had And Received<br>6. Unjust Enrichment<br>7. Accounting - Declaratory Relief<br>8. Constructive Trust- Declaratory Relief<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| 1 | JOHN JAHRMARKT, ESQ. (SBN 175569) |
| | JAHRMARKT & ASSOCIATES |
| 2 | 2049 Century Park East |
| | Suite 2525 |
| 3 | Los Angeles, California 90067 |
| | (310) 226-7676 |
| 4 | (310) 226-7677 fax |

Attorneys for Plaintiff
LOVE-ZAGER PRODUCTIONS, INC. as successor in interest for SUMAC MUSIC, INC,

# UNITED STATES DISTRICT COURT

## CENTRAL DISCTRICT OF CALIFORNIA

| | |
|---|---|
| LOVE-ZAGER PRODUCTIONS, INC. as successor in interest for SUMAC MUSIC, INC, | CASE NO.: |
| | **ATTACHMENT TO SUMMONS IN A CIVIL ACTION** |
| PLAINTIFF, | |
| vs. | |
| BBDO USA LLC D/B/A BBDO SAN FRANCISCO; SERVICENOW, INC. D/B/A SERVICENOW TECHNOLOGIES; SCREEN GEMS-EMI MUSIC, INC.; SEASONS FOUR MUSIC CORP; and DOES 1-10, inclusive | |
| DEFENDANTS. | |

To: *(Defendant's name and address)*

**BBDO USA LLC D/B/A BBDO SAN FRANCISCO**
c/o CSC – Lawyers Incorporating Service
Becky DeGeorge
2710 Gateway Oaks Drive
Sacramento, CA 95833

To: *(Defendant's name and address)*

**SERVICENO, INC. D/B/A SERVICENOW TECHNOLOGIES**
c/o Cogency Global, Inc.
Erin Haggerty
1325 J Street, Suite 1550
Sacramento, CA 95814

1 | To: *(Defendant's name and address)*

2 | **SCREEN GEMS-EMI MUSIC, INC.**
c/o CSC – Lawyers Incorporating Service
3 | Koy Saechao
2710 Gateway Oaks Drive
4 | Sacramento, CA 95833

5 | To: *(Defendant's name and address)*

6 | **SEASONS FOUR MUSIC CORP.**
c/o PW Ballads
7 | Songs of Universal Inc.
A/C PW Ballads
8 | 2100 Colorado Avenue
Santa Monica, CA 90404

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: