1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

**WESTERN DIVISION**

11

12  | LOVE-ZAGER PRODUCTIONS, INC.

Case No. 2:23-cv-05250-SB-BFM

13       Plaintiff,

**ORDER RE STIPULATED
PROTECTIVE ORDER**

14          v.

15  BBDO USA LLC, SERVICENOW,
16  INC., SCREEN GEMS-EMI MUSIC,
    INC., SEASONS FOUR MUSIC CORP.,
17  AND DOES 1-10,

18       Defendants.

19

20      Having considered the papers, and finding that good cause exists, the Parties'
21  Stipulated Protective Order is **granted**.

22  **IT IS SO ORDERED.**

23  DATED: ___January 4,___ , 2024

24                                      _____
                                        BRIANNA FULLER MIRCHEFF
25                                      UNITED STATES MAGISTRATE JUDGE

26
27
28